# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 16th, 2018

**VIA ECF**

Hon. Cathy Seibel, U.S.M.J.  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-415

   Re: <u>Alonzo, Pablo, et al v. Allstate Interior & Exterior Contractors, Inc., et al.</u>,  
     17-cv-300

Your Honor:

  Pursuant to the Court's directive, please find attached Plaintiff's counsels' lodestar calculation. This billing sheet records time from Michael Faillace, Esq. and Colin Mulholland, Esq. along with associated costs.

               Respectfully Submitted,

               /s/ Colin Mulholland, Esq.  
               Michael Faillace, Esq.  
               Michael Faillace & Associates, P.C.  
               *Attorneys for Plaintiff*

cc: Defendants' Counsel (via ECF)

Having considered the applicable factors, the Court approves the settlement as fair and reasonable. The Court also approves the attorney fees as fair and reasonable. The Court makes no finding as to the hourly rates but concludes that the overall fee is appropriate. The Clerk shall close the case.

               SO ORDERED.

               */s/ Cathy Seibel*  
               CATHY SEIBEL, U.S.D.J.

               10/16/18

*Certified as a minority-owned business in the State of New York*